Supplemental Civil Cover Sheet
Page 1 of 2

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | Dallas County - 14th Judicial District Court | DC-17-09096 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | SEE LAST PAGE ATTACHED HERETO | |
    | | |
    | | |
    | | |
    | | |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?   ✓ Yes     ☐ No

    If "*Yes,*" by which party and on what date?

    PLAINTIFF                                    JULY 26, 2017
    Party                                         Date

    ***Defendant also made jury demand on August 23, 2017.

4. **Answer:**

   Was an Answer made in State Court?  [✓] Yes      [ ] No

   If "*Yes*," by which party and on what date?

   | DEFENDANT | AUGUST 23, 2017 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | N/A |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | N/A |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | PLAINTIFF | Plaintiff alleges that on or about December 2, 2015, she sustained damages as a result of a motor vehicle accident that occurred in LaSalle County, Texas, and which resulted in the death of her husband, Charles Ray Golightly. |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

*PLAINTIFF*
NIKKI WHITE GOLIGHTLY, Individually,
And as Representative of the Estate of
CHARLES RAY GOLIGHTLY, Deceased

*ATTORNEY(S) FOR PLAINTIFF*
John S. Jose
TX Bar No. 11027550
SLACK & DAVIS, LLP
100 Lexington Street, Suite 070
Fort Worth, Texas 76102
Phone: (817) 288-8988
Fax: (817) 288-8999

AND

Robert Haslam
TX Bar No. 09201900
HASLAM & GALLAGHER
555 South Summit Avenue
Fort Worth, Texas 76104
Phone: (817) 332-3115
Fax: (817) 332-3148


*DEFENDANT*
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

*ATTORNEY(S) FOR DEFENDANT*
Lynn S. Castagna
TX Bar No. 03980520
CASTAGNA SCOTT LLP
1120 S. Capital of Texas Hwy
Building 2, Suite 270
Austin, Texas 78746
Phone: (512) 329-3290
Fax: (888) 255-0132