IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIKKI WHITE GOLIGHTLY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES RAY GOLIGHTLY, DECEASED<br>    *Plaintiff*,<br><br>V.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC<br>    *Defendant*. | §§§§§§§§§§§§§ | Civil Action No. 3:17-cv-2257-M |

## AGREED RULE 41(a) STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Nikki White Golightly, Individually and as Representative of the Estate of Charles Ray Golightly, deceased, and files this Agreed Stipulation of Dismissal for claims against Defendant Swift Transportation Co. of Arizona, LLC pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and would show onto the Court the following:

Plaintiff hereby stipulates that she no longer desires to pursue her causes of action against Defendant Swift Transportation Co. of Arizona, LLC and requests that this case be dismissed with prejudice.

Respectfully submitted,

**SLACK & DAVIS, L.L.P.**
100 Lexington Street, Suite 070
Fort Worth, Texas 76102
(817) 288-8988
(817) 288-8999 (fax)


By: ___/s/ *John S. Jose*___
    JOHN S. JOSE
    State Bar No. 11027550
    jjose@slackdavis.com

**ROBERT HASLAM**
**HASLAM & GALLAGHER**
555 South Summit Avenue
Fort Worth, Texas 76104
(817) 332-3115
(817) 332-3148 (fax)
robert@hg555.com

**ATTORNEYS FOR PLAINTIFF**

**AGREED AS TO FORM:**

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 (fax)


By: ___/s/ *Lynn S. Castagna*___
    Lynn S. Castagna
    State Bar No. 03980520
    Lynn@texasdefense.com
    Daryl R. Hayes
    State Bar No. 00790844
    Daryl@texasdefense.com

**ATTORNEYS FOR DEFENDANT**